UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Ashley A. Roberson,

Plaintiff,

v.

YouTube, Inc. et al.,

Defendants.

Civil No. 17-cv-00749-JD

**ASSENTED-TO MOTION TO EXTEND TIME
BY WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT AND MOTIONS**

NOW COMES Defendant Twitter, Inc. ("Twitter"), by and through its attorneys, Shaheen & Gordon, P.A., respectfully moving to extend the time by which to respond to Plaintiff Ashley Roberson's ("Plaintiff") Complaint (Dkt. 1) and in support thereof, states as follows:

1. On December 21, 2017, Plaintiff filed a Complaint against Twitter and six other companies, including Google LLC ("Google"), YouTube, LLC ("YouTube"), and Blogspot.com (collectively, "the Google Entities"). *See* Dkt. 1.

2. Plaintiff subsequently filed a motion to consolidate this case with *DeLima v. YouTube, Inc. et al.*, No.: 17-CV-733-PB (Dkt. 3).

3. On March 14, 2018, the Court ordered all Defendants in this matter to respond to Plaintiff's Complaint and motion within 21 days of service. Dkt. 4.

4. Subsequently, Plaintiff filed a motion to withdraw her motion to consolidate cases (Dkt. 5), which was granted by the Court's Endorsed Orders on April 2, 2018.

5. On April 10, 2018, Twitter was served, which would make its response to the Complaint and to Plaintiff's motions, if necessary, due on May 1, 2018.

6. However, Twitter intends to file a joint response with the Google Entities, which are still in the process of being served or confirming receipt of service of process.

7. Twitter therefore moves the Court for an extension of time to respond to Plaintiff's Complaint and motions so that its responses are due at the same time as the Google Entities, which would be twenty-one (21) days following service of Google or YouTube, whichever is later.

8. Pursuant to Local Rule 7.1(c), counsel for Twitter has conferred with Plaintiff, who assents to the relief requested herein.

9. Due to the nature of this motion, no memorandum of law is necessary.

WHEREFORE, Defendant Twitter respectfully requests that this Honorable Court:

A) Grant the Motion;

B) Extend the time for Twitter to respond to Plaintiff's Complaint so that its response is due at the same time as the Google Entities, which would be twenty-one (21) days following service of Google or YouTube, whichever is later;

C) Grant such further relief as this Court deems just and necessary.

|  |  |
|---|---|
|  | Respectfully submitted,<br>*Counsel for Twitter, Inc.,* |
| April 30, 2018 | /s/ Timothy J. McLaughlin<br>Timothy J. McLaughlin (NH Bar # 19570)<br>107 Storrs Street, P.O. Box 2703<br>Concord, NH 03302<br>1 (603) 225-7262<br>tmclaughlin@shaheengordon.com<br><br>Ryan Mrazik (*motion for pro hac vice admission to be filed*)<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>RMrazik@perkinscoie.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing was served by the Court's electronic filing system on all counsel and parties of record, and that a copy of the same was sent via U.S. Mail to Plaintiff.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin